# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KEVIN WILLIAMS, | : | No. 90 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated June 8, 2016 |
| v. | : | and exited June 9, 2016 at Docket No. |
| | : | 342 MD 2016. |
| JOSEPH C. MADENSPACHER, ET AL., | : | |
| DONALD R. TOTARO, LAWRENCE F. | : | |
| STENGEL, CHRISTOPHER HACKMAN, | : | |
| VICKI G. BOMGARDNER, MARK F. | : | |
| WALMER, THOMAS A. KISS, | : | |
| | | |
| Appellees | | |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Brief for the Appellant, treated as a Notice of Appeal, is QUASHED.